1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MICHELLE BARANEK,                    Case No. CV 14-8554 (SS)

12                Plaintiff,

13        v.                                          **JUDGMENT**

14   CAROLYN W. COLVIN, Acting
     Commissioner of Social
15   Security,

16                Defendant.

17

18       IT IS ADJUDGED that the decision of the Commissioner is

19   REVERSED and that the above-captioned action is REMANDED to the

20   Commissioner for further action consistent with the Court's

21   Memorandum Decision and Order.

22

23   DATED:  October 26, 2015

24

25                                    _____/S/_____
                                      SUZANNE H. SEGAL
26                                    UNITED STATES MAGISTRATE JUDGE

27

28